No. 690, Misc. WARNER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Peter L. F. Sabbatino* for petitioner. *William Cahn* for respondent.

No. 499, Misc. TOLBERT *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *John N. Crudup* for petitioner. *Arthur K. Bolton*, Attorney General of Georgia, and *Marion O. Gordon, Mathew Robins,* and *Frank E. Blankenship*, Assistant Attorneys General, for respondent.

No. 763, Misc. ROBERTS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* and *Phylis Skloot Bamberger* for petitioner. *Solicitor General Griswold* for the United States.

No. 767, Misc. JORDAN *v.* UNITED STATES; and
No. 774, Misc. STOKES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *John W. Condon, Jr.,* for petitioner in No. 767, Misc., and *Herald Price Fahringer* for petitioner in No. 774, Misc. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Mervyn Hamburg* for the United States in both cases.

No. 769, Misc. PLAISANCE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Jack Peebles* for petitioner.

No. 778, Misc. KNEPFLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.